UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2026-CR-80010 Damian/Matthewman

18 U.S.C. § 113(a)(4)

UNITED STATES OF AMERICA

v.

JASON PETER LUCARINI,

    Defendant.
_____/

FILED BY SW D.C.

Jan 13, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## INFORMATION

The United States Attorney charges that:

On or about November 13, 2025, within the Special Maritime and Territorial Jurisdiction of the United States, while aboard the cruise ship Norwegian Getaway, en route from Puerto Plata, Dominican Republic to Miami, Florida, with Palm Beach County, in the Southern District of Florida, being the district of the last known residence of the defendant, the defendant,

**JASON PETER LUCARINI,**

did knowingly and intentionally assault another by striking, beating, and wounding, in violation of Title 18, United States Code, Section 113(a)(4).

_____ for
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
KATIE WILSON
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.:** 2026-CR-80010 Damian/Matthewman |
| v. | |
| JASON PETER LUCARINI, | **CERTIFICATE OF TRIAL ATTORNEY** |
| _____/ | **Superseding Case Information:** |
| Defendant. | New Defendant(s) (Yes or No) _____ |
| **Court Division** (select one) | Number of New Defendants _____ |
| ☐ Miami  ☐ Key West  ☐ FTP | Total number of new counts _____ |
| ☐ FTL  ☑ WPB | |

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☑ Misdemeanor
   - ☐ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge William Matthewman   Magistrate Case No. 25-mj-8724

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _/s/ Katie Wilson_____
KATIE WILSON
Assistant United States Attorney
FL Bar No.          1026417

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   JASON PETER LUCARINI

**Case No**:  2026-CR-80010 Damian/Matthewman

Assault by Striking, Beating, or Wounding within the Special Maritime and Territorial

Jurisdiction of the United States, in violation of 18 U.S.C. § 113(a)(4)

* **Max. Term of Imprisonment:** 1 year
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $100,000
* **Special Assessment**: $25.00

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**