**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-80010-MD**

UNITED STATES OF AMERICA

vs.

JASON PETER LUCARINI,

      Defendant,

_____/

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The Defendant respectfully requests that the Court ask the following voir dire questions in addition to the standard questions asked by the Court in criminal trials. The Defendant requests 20 minutes to conduct voir dire.

1)     Would any of you have difficulty expressing your own opinions and thoughts to your fellow jurors?

2)     Have you or any family member had a negative experience with alcohol that would affect your ability to be fair and impartial in this case?

3)     Do you believe that a person has right to defend him or herself?  Why or Why Not?

4)     Based upon your experiences, do you feel that you would not be able to be fair and impartial in a case involving alleged physical violence?

{SPACE INTENTIONALLY LEFTT BLANK}

1

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this document was filed electronically with this Court's

CM/ECF filing system on March 5th, 2026, and effectively served on all parties.

Respectfully submitted,

By: */s/ Charles L. Fountain II*
Charles L. Fountain II, Esq.
700 S. Rosemary Ave., Suite 204
West Palm Beach, FL 33401
(561) 353-8930
charles@fountainlegalllc.com
Florida Bar N.: 0043903

2