✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern_____ DISTRICT OF _____ Florida

USA

V.

Jason Peter Lucarini

FILED BY____ SW ____D.C.

Apr 29, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. – WPB

## EXHIBIT AND WITNESS LIST

Case Number:  26-CR-80010 Matthewman

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William Matthewman | Katie Wilson/Violet Bishai | Charles Fountain II |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4/27/2026-4/30/2026 | Shamelle Kelley | Shanda Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/27/2026 | x | x | Cruise Records - Surveillance - Long Clip |
| 2 | | 4/27/2026 | x | x | Cruise Records - Surveillance - Escort to Stateroom 12411 |
| 5 | | 4/27/2026 | x | x | Cruise Records - Itinerary |
| 6 | | 4/27/2026 | x | x | Cruise Records - Victim Refusal of Medical Treatment Form |
| 7 | | 4/27/2026 | x | x | Cruise Records - Map of Surveillance Camera Locations |
| 8 | | 4/27/2026 | x | x | Cruise Records - Bar Receipt for Defendant - Victim - Witness |
| 23 | | 4/27/2026 | x | x | Cruise Business Records Certification |
| | | 4/28/2026 | | | Plaintiff Witness #1 - Valerie Vespucci |
| 17 | | 4/28/2026 | x | x | Cruise Photos - Interior Photos of Victim Room (Composite A-C) |
| 15 | | 4/28/2026 | x | x | Cruise Photos - Balcony (Composite A-B) |
| 9 | | 4/28/2026 | x | x | Text Messages - Defendant to Victim Nov. 13 |
| 10 | | 4/28/2026 | x | x | Text Messages - Defendant to Victim and Witness Nov. 13 |
| 12 | | 4/28/2026 | x | x | Call Log - Victim Call Log |
| 21 | | 4/28/2026 | x | x | Video - Victim and Witness Prior to Incident |
| 13 | | 4/28/2026 | x | x | Demonstrative Aid - Victim Map of Room |
| 18 | | 4/28/2026 | x | x | Photos - Victim Injury Nov. 13 |
| 19 | | 4/28/2026 | x | x | Photos - Victim Injuries Nov. 14 (Composite A-1) |
| 20 | | 4/28/2026 | x | x | Video - Victim Injuries - Nov. 16 |
| 11 | | 4/28/2026 | x | x | Text Messages - Defendant to Witness Nov. 13 |
| | | 4/28/2026 | | | Plaintiff Witness #2 - Hannah Conley |
| 27 | | 4/28/2026 | x | x | Photo - Injury of Hannah Conley |
| | | 4/28/2026 | | | Plaintiff Witness #3 - Joshua Yanez |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| USA | | | VS. | Jason Peter Lucarini | CASE NO. 26-CR-80010 Matthewman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14 | | 4/28/2026 | x | x | Cruise Photos - Victim Room Exterior Door (Composite A-C) |
| 16 | | 4/28/2026 | x | x | Cruise Photos - Victim Room Interior Conjoining Door (Composite A-C) |
| 22 | | 4/28/2026 | x | x | Trial Stipulation |
| | | 4/28/2026 | | | Plaintiff Witness #4 Kyle Zabokrtsky |
| 3 | | 4/28/2026 | x | x | Cruise Records Excerpt - Long Clip Surveillance Cameras 1 and 2 |
| | | 4/29/2026 | | | Continuation of Plaintiff Witness #4 Kyle Zabokrtsky |
| 4 | | 4/29/2026 | x | x | Cruise Records Excerpt - Long Clip Survelilance Clips of Cameras 3 through 14 |
| | | 4/29/2026 | | | Plaintiff Witness #5 SA Caleb D. King, US Coast Guard Investigative Service |
| 24 | | 4/29/2026 | x | x | Video - Defendant Post-Miranda Statement |
| | | 4/29/2026 | | | Defendant Witness #1 - Hunter Turpin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page    2    of    2    Pages

To delete this page return to the top of the first page and click the "Delete LAST Page" button.     **New Page**

**Print**          **Save As...**          **Export as FDF**          **Retrieve FDF File**          **Reset**