## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 26-CR-80010-MATTHEWMAN

**UNITED STATES OF AMERICA**

vs.

**JASON PETER LUCARINI,**

Defendant,

_____/

FILED BY _____ D.C.

APR 2 9 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### VERDICT FORM

We, the jury, unanimously find the Defendant, JASON PETER LUCARINI,

as to the sole count of the Information:

GUILTY __✓__          NOT GUILTY _____

SO SAY WE ALL

FOREPERSON OF THE JURY

Dated: __4/29/26__