

| Ship | Norwegian Getaway | | Date from | 10 | Nov | 2025 | Date to | 31 | Jan | 2026 | Port | All | | Filter / Save as Excel / Show Ports / Home |

| Cruise | Date | Week Day | Day | Ship | Location | Country | Confirmed Berthing | Pier | Arrival Time | Departure Time | Charter | Cruise Theme | Dress Code | Evening Theme | Time Change | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GWY251110 | 10-Nov-2025 | Mon | 1 | Norwegian Getaway | Miami, FL | United States of America | Docked | Terminal B | 07:00 | 17:30 | | | | | 0 | Change to terminal B per J. Gardner 10/2/2025-JM |
| GWY251110 | 11-Nov-2025 | Tue | 2 | Norwegian Getaway | At Sea | | | | | | | | | | | |
| GWY251110 | 12-Nov-2025 | Wed | 3 | Norwegian Getaway | Puerto Plata | Dominican Republic | Docked | P3 | 08:00 | 18:00 | | | | | 1 | Confirmed by Fernanda Mexia via email 10 Nov 2025 - JA |
| GWY251110 | 13-Nov-2025 | Thu | 4 | Norwegian Getaway | At Sea | | | | | | | | | | | |
| GWY251114 | 14-Nov-2025 | Fri | 1 | Norwegian Getaway | Miami, FL | United States of America | Docked | Terminal C | 07:00 | 17:30 | | | | | -1 | |



AO386-C

GOVERNMENT
EXHIBIT

CASE NO. 26-CR-80010-WM

EXHIBIT NO. 05