

MED/P004/F9
Rev. 00 – 09/01/2015

# REFUSAL OF TREATMENT AGAINST MEDICAL ADVICE

This is to certify that I, _Vespucci Valerie_

of cabin No. _11896_ , a Guest / Crew on the _**Norwegian Getaway**_ ,

am refusing medical care and I am leaving the ship's medical facility against the medical

advice of the attending physician and the medical staff.  I have been advised by the physician that I

should disembark and seek specialized medical treatment ashore as soon as possible.

I acknowledge that I have been fully informed of the risks involved, including, without

limitation, endangering my health and safety, further injury, illness and/or death.  Notwithstanding this

information, I am refusing further medical treatment and will stay onboard.  I hereby release the

CruiseLine, their Owners, Agents, Sub-Contractors, Consultants and Operators, the attending

physician, the vessel and its crew from all responsibility which may result from my refusal to

following medical advice.

If I should require emergency disembarkation at sea or in any port-of-call, I acknowledge and

agree that it shall be solely my responsibility and obligation to pay for the expense of that

disembarkation and to reimburse the ship for any increased fuel charges for any deviation and any

other expenses caused by such emergency.

Signed by the patient or person authorized to consent for patient.

PRINT NAME: _Vespucci Valerie_     SIGNATURE: _X Comerly_

WITNESS
PRINT NAME: _Gustavo Ramirez RN_     SIGNATURE: _____

DATE: _11/13/2025_

TIME: _11:50_

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 26-CR-80010-WM
EXHIBIT NO. 06