

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-CR-80010-WM

EXHIBIT NO. 07