## Valerie VESPUCCI – Bar receipt November 13th 2025

```
       Syd Norman                    Syd Norman                   Prime Meridian
    Norwegian Getaway             Norwegian Getaway             Norwegian Getaway

1704 Zhao              1    1704 Zhao              1    1746 Pagunsan            1
-----------------------    -----------------------    -------------------------
CHK 4607  13NOV'25 16:18   CHK 4616  13NOV'25 16:34   CHK 7263  13NOV'25 17:27
-----------------------    -----------------------    -------------------------
  ALL DAY                    ALL DAY                    ALL DAY

  2 @ 15.00                  2 @ 15.00                  2 @ 15.00
  Margarita Rocks   30.00    Los Corrales S T  30.00    Margarita Rocks  30.00
  Subtotal          30.00    Subtotal          30.00    Subtotal         30.00
  GRAT/SVC CHARGE    6.00    GRAT/SVC CHARGE    6.00    GRAT/SVC CHARGE   6.00
  Total Paid   36.00         Total Paid   36.00         Total Paid    36.00
  R0004293525                R0004293525                R0004293525
  XXXN251113161834P          XXXN251113163455P          XXXN251113172710P
  CARD SWIPED                CARD SWIPED                CARD SWIPED
  Cabin/Acc:11896            Cabin/Acc:11896            Cabin/Acc:11896
  Ms Vespucci                Ms Vespucci                Ms Vespucci
  CABIN CHARGE      36.00    CABIN CHARGE      36.00    CABIN CHARGE     36.00
----1704 CLOSED 13NOV 16:18----- ----1704 CLOSED 13NOV 16:34----- ----1746 CLOSED 13NOV 17:27-----


       Prime Meridian                 Spice H20
    Norwegian Getaway             Norwegian Getaway

1746 Pagunsan          1    1706 Kurt              1
-----------------------    -----------------------
CHK 7271  13NOV'25 17:53   CHK 8483  13NOV'25 18:29
-----------------------    -----------------------
  ALL DAY                    ALL DAY

  2 @ 15.00                  2 @ 15.00
  Margarita Rocks   30.00    Margarita Rocks   30.00
  Subtotal          30.00    Subtotal          30.00
  GRAT/SVC CHARGE    6.00    GRAT/SVC CHARGE    6.00
  Total Paid   36.00         Total Paid   36.00
  R0004293525                R0004293525
  XXXN251113175352P          XXXN251113183002P
  CARD SWIPED                CARD SWIPED
  Cabin/Acc:11896            Cabin/Acc:11896
  Ms Vespucci                Ms Vespucci
  CABIN CHARGE      36.00    CABIN CHARGE      36.00
----1746 CLOSED 13NOV 17:53----- ----1706 CLOSED 13NOV 18:30-----
```

## Jason LUCARINI - Bar receipt November 13th 2025

```
       Spice H20                     Spice H20                    Spice H20
    Norwegian Getaway             Norwegian Getaway             Norwegian Getaway

1706 Kurt              1    1517 Mendosa           1    1718 Frelene            1
-----------------------    -----------------------    -------------------------
CHK 8050  13NOV'25 11:55   CHK 8178  13NOV'25 13:13   CHK 8236  13NOV'25 13:51
-----------------------    -----------------------    -------------------------
  ALL DAY                    ALL DAY                    ALL DAY

  1 GLCHP PrscoRomio 12.50   1 Margarita Rocks  15.00   3 @ 15.00
  Subtotal          12.50    Subtotal          15.00     Woodford Reserve  45.00
  GRAT/SVC CHARGE    2.50    GRAT/SVC CHARGE    3.00     Subtotal          45.00
  Total Paid   15.00         Total Paid   18.00          GRAT/SVC CHARGE    9.00
  R0004294202                9857000429420201            Total Paid    54.00
  XXXN251113115517P          XXXN251113131358P           R0004294202
  CARD SWIPED                CARD SWIPED                 XXXN251113135116P
  Cabin/Acc:11898            Cabin/Acc:11898             CARD SWIPED
  Mr Lucarini                Mr Lucarini                 Cabin/Acc:11898
  CABIN CHARGE      15.00    CABIN CHARGE      18.00     Mr Lucarini
----1706 CLOSED 13NOV 11:55----- ----1517 CLOSED 13NOV 13:13-----  CABIN CHARGE     54.00
                                                       ----1718 CLOSED 13NOV 13:51---
```

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-CR-80010-WM

EXHIBIT NO. 08

```
         Spice H20                      Spice H20                      Spice H20
      Norwegian Getaway             Norwegian Getaway              Norwegian Getaway

1706 Kurt                1    1733 PUTRA               1    1706 Kurt                    1
-------------------------------   -------------------------------   -------------------------------
CHK 8295  13NOV'25 14:39       CHK 8418  13NOV'25 16:43        CHK 8472  13NOV'25 17:44
-------------------------------   -------------------------------   -------------------------------
    ALL DAY                        ALL DAY                        ALL DAY

  4 @ 15.00                      4 @ 15.00                      3 @ 15.00
    Kentucky Gentlem   60.00        Kentucky Gentlem   60.00        Kentucky Gentlem   45.00
    Subtotal           60.00        Subtotal           60.00        Subtotal           45.00
    GRAT/SVC CHARGE    12.00        GRAT/SVC CHARGE    12.00        GRAT/SVC CHARGE     9.00
    Total Paid    72.00            Total Paid     72.00           Total Paid     54.00
    9857000429420201               9857000429420201               R0004294202
    XXXN251113143945P              XXXN251113164348P              XXXN251113174435P
    CARD SWIPED                    CARD SWIPED                    CARD SWIPED
    Cabin/Acc:11898                Cabin/Acc:11898                Cabin/Acc:11898
    Mr Lucarini                    Mr Lucarini                    Mr Lucarini
    CABIN CHARGE       72.00        CABIN CHARGE       72.00        CABIN CHARGE       54.00
----1706 CLOSED 13NOV 14:39-----  ----1733 CLOSED 13NOV 16:43-----  ----1706 CLOSED 13NOV 17:44-----
```

```
         Spice H20
      Norwegian Getaway

1733 PUTRA               1
-------------------------------
CHK 8543  13NOV'25 21:21
-------------------------------
    ALL DAY

  4 @ 15.00
    Kentucky Gentlem   60.00
    Subtotal           60.00
    GRAT/SVC CHARGE    12.00
    Total Paid    72.00
    9857000429420201
    XXXN251113212155P
    CARD SWIPED
    Cabin/Acc:11898
    Mr Lucarini
    CABIN CHARGE       72.00
----1733 CLOSED 13NOV 21:21-----
```

**Hannah CONLEY - Bar receipt November 13th 2025**

```
         Spice H20                      Spice H20                      Spice H20
      Norwegian Getaway             Norwegian Getaway              Norwegian Getaway

1733 PUTRA               1    1517 Mendosa             1    1517 Mendosa                 1
-------------------------------   -------------------------------   -------------------------------
CHK 7963  13NOV'25 10:51       CHK 8057  13NOV'25 11:57        CHK 8173  13NOV'25 13:13
-------------------------------   -------------------------------   -------------------------------
    ALL DAY                        ALL DAY                        ALL DAY

  4 Titos Tx @ 15.00   60.00     1 Mango Meltdown T   15.00     1 Mango Meltdown T   15.00
    Subtotal           60.00     1 Mudslide Tx        15.00     2 @ 15.00
    GRAT/SVC CHARGE    12.00       Subtotal           30.00       House of Steward   30.00
    Total Paid    72.00            GRAT/SVC CHARGE     6.00       Subtotal           45.00
    9857000429352401               Total Paid    36.00           GRAT/SVC CHARGE     9.00
    XXXN251113105140P              R0004293524                    Total Paid    54.00
    CARD SWIPED                    XXXN251113115733P              R0004293524
    Cabin/Acc:11896                CARD SWIPED                    XXXN251113131319P
    Ms Conley                      Cabin/Acc:11896                CARD SWIPED
    CABIN CHARGE       72.00        Ms Conley                      Cabin/Acc:11896
----1733 CLOSED 13NOV 10:51-----   CABIN CHARGE       36.00        Ms Conley
                                 ----1517 CLOSED 13NOV 11:57-----   CABIN CHARGE       54.00
                                                                 ----1517 CLOSED 13NOV 13:13-----
```

```
        Spice H20                      Spice H20                        Spice H20
     Norwegian Getaway             Norwegian Getaway                Norwegian Getaway

1747 Pramana                    1 1517 Mendosa                  1 1733 PUTRA                    1
------------------------------  ----------------------------   ------------------------------
CHK 8282  13NOV'25 14:24        CHK 8316  13NOV'25 14:58        CHK 8405  13NOV'25 16:23
------------------------------  ----------------------------   ------------------------------
    ALL DAY                         ALL DAY                         ALL DAY

  1 Mango Meltdown T    15.00    1 Mango Meltdown T    15.00    4 @ 15.00
    Subtotal           15.00      Subtotal           15.00       Los Corrales S T    60.00
    GRAT/SVC CHARGE      3.00      GRAT/SVC CHARGE      3.00       Subtotal           60.00
    Total Paid    18.00           Total Paid    18.00            GRAT/SVC CHARGE     12.00
    R0004293524                   R0004293524                    Total Paid    72.00
    XXXN251113142441P             XXXN251113145807P              R0004293524
    CARD SWIPED                   CARD SWIPED                    XXXN251113162351P
    Cabin/Acc:11896               Cabin/Acc:11896                CARD SWIPED
    Ms Conley                     Ms Conley                      Cabin/Acc:11896
    CABIN CHARGE       18.00      CABIN CHARGE       18.00       Ms Conley
----1747 CLOSED 13NOV 14:24----- ----1517 CLOSED 13NOV 14:58-----  CABIN CHARGE       72.00
                                                               ----1733 CLOSED 13NOV 16:23-----

        Spice H20                         Bar 21
     Norwegian Getaway               Norwegian Getaway

1733 PUTRA                      1 1715 Tabor
------------------------------  ------------------------------
CHK 8435  13NOV'25 16:59        CHK  206  13NOV'25 20:33
------------------------------  ------------------------------
    ALL DAY                         ALL DAY

  1 Mango Meltdown T    15.00    4 @ 15.00
    Subtotal           15.00      Los Corrales S T    60.00
    GRAT/SVC CHARGE      3.00      Subtotal           60.00
    Total Paid    18.00           GRAT/SVC CHARGE     12.00
    R0004293524                   Total Paid    72.00
    XXXN251113165931P             R0004293524
    CARD SWIPED                   XXXN251113203332P
    Cabin/Acc:11896               CARD SWIPED
    Ms Conley                     Cabin/Acc:11896
    CABIN CHARGE       18.00      Ms Conley
----1733 CLOSED 13NOV 16:59-----  CABIN CHARGE       72.00
```