

10:07  .ıll 5G+ 15

Jason >
Palm Beach Gardens, FL

U fucked up so fucking badly Imfao

Where tye fuck are you

Im going to
Kick the door in if u dont fucking answr me

This is on u now

U cant hide from me forever

Where the fuck are you

U fucked up so fucking bad

Have fun ur shits in the ocean now Lmfao

Today 6:35 AM

I would really like to talk to you
Last night wasnt good
And i just wanna know that ur ok
And i want to work this out in anyway if possible, please
Im sorry valerie

Today 8:22 AM
🢁 You stopped sharing location with Jason .

+  iMessage