

**3:54**  .ıll LTE 6

2 People ›

iMessage
Thu, Nov 13 at 10:09 PM

Jason

If one of you dont come this too right now and clean my shit up im about cause a serious fucking mess

You have 5 minutes

iMessage



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-CR-80010-WM

EXHIBIT NO. 10