**3:30**

**Jason Lucarini** >

Thursday 6:23 PM

Hey I'm sorry for bothering you but I'm worried about valerie

I went looking all over for her and I can't find her and she doesn't have her phone

Probably with a another dude go find out urself

Im not allowed to speak so im sure shed moved on

Jason I really don't want intrude myself but I'm just really worried about you guys

I don't want to see you guys upset

Me too, who cares she wnats nothing to do with me

I'm so confused, I don't know what's going on

Yall have fun

iMessage



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-CR-80010-WM

EXHIBIT NO. 11



Case 9:26-cr-80010-WM Document 60-8 Entered on FLSD Docket 04/30/2026 Page 3 of 4

Jason Lucarini >

I understand you're upset but I don't understand why you're upset at me. I love both you guys and I just want what's best for you

I apologized if I bothered you but I'm just worried bc I care

Whatever go have fun im Sure val will have a new man tn

Ive dealt with this shit for years im not doing it again

Ill be fine go have fun

Yall payed for it dont worry about me

What's wrong 🥺 idk what's going wrong

Mama y papa

Go ask ur friend

I will not deal with this shit

iMessage

Jason Lucarini

Go ask ur friend

I will not deal with this shit

I wont be at dinner

Have fun with ur pics

Yes you will

Bc we love you

Read Thursday

Shes was at h20 didnt say anything and left

Have fun

Thursday 10:10 PM

If one of you dont come this too room right now and clean my shit up im about cause a serious fucking mess

Edited

You have 5 minutes

iMessage