

AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.  26-CR-80010-WM

EXHIBIT
NO.  14A



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.   26-CR-80010-WM

EXHIBIT
NO.      14B



GOVERNMENT
EXHIBIT

CASE
NO.        26-CR-80010-WM

EXHIBIT
NO.        14C

AO386-C