

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   26-CR-80010-WM

EXHIBIT NO.   15A



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.     26-CR-80010-WM

EXHIBIT
NO.     15B