

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. _26-CR-80010-WM_

EXHIBIT NO. _16A_



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   26-CR-80010-WM

EXHIBIT NO.   16B

Case 9:26-cr-80010-WM   Document 60-13   Entered on FLSD Docket 04/30/2026   Page 3 of 3



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.    26-CR-80010-WM

EXHIBIT
NO.    16C