

AO386-C

**GOVERNMENT EXHIBIT**

CASE
NO.        26-CR-80010-WM

EXHIBIT
NO.        17A



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.     26-CR-80010-WM

EXHIBIT
NO.     17B



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.    26-CR-80010-WM

EXHIBIT
NO.    17C