

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   26-CR-80010-WM

EXHIBIT NO.   18