

AO386-C

**GOVERNMENT EXHIBIT**

CASE
NO.   26-CR-80010-WM

EXHIBIT
NO.   19A



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.   26-CR-80010-WM

EXHIBIT
NO.   19B



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.          26-CR-80010-WM

EXHIBIT
NO.          19C



AO386-C

**GOVERNMENT EXHIBIT**

CASE
NO.        26-CR-80010-WM

EXHIBIT
NO.        19D



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.     26-CR-80010-WM

EXHIBIT
NO.     19E



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.          26-CR-80010-WM

EXHIBIT
NO.          19F



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.   26-CR-80010-WM
_____

EXHIBIT
NO.   19G



AO386-C

**GOVERNMENT EXHIBIT**

CASE
NO.        26-CR-80010-WM

EXHIBIT
NO.        19H



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.  26-CR-80010-WM

EXHIBIT
NO.  19I