# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 26-CR-80010-MD

UNITED STATES OF AMERICA

vs.

JASON PETER LUCARINI,

     Defendant,

_____/

## TRIAL STIPULATION

COMES NOW, the UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, and the Defendant, JASON PETER LUCARINI, personally and through his attorney, stipulate and agree to the following fact, which the jury must accept as having been proved beyond a reasonable doubt:

1)     The location of the Norwegian Getaway on the evening of November 13, 2025, was in the special territorial and maritime jurisdiction of the United States.


By: _____
     Charles Fountain
     Counsel for the Defendant

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


By: _____
     Jason Peter Lucarini
     Defendant

By: _____
     Katie Wilson
     Assistant United States Attorney



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-CR-80010-WM

EXHIBIT NO. 22

Doc ID: 583b2c7affdc1fddc5904ec7b8c3a0684d382bdb