AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-CR-80010-WM

EXHIBIT NO. 23

### CERTIFICATION OF DOMESTIC RECORDS
### OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  This certification concerns the regularly conducted business activity of the business named below.

2.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of the regularly conducted business activity which are the subject of this certification.

3.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification accompany or are attached to this certification.

4.  The records are originals or duplicate copies of domestic (United States) business records;

5.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

6.  The records were kept in the course of a regularly conducted business activity; and

7.  The records were made by the business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature

Scott Bernstein
Printed Name

Sr. Director-Security Operation
Title

Norwegian Cruise Line Holding
Company Name

7665 Corporate Center Dr.
Business Address    Miami, FL 33126

3-1-2026
Date of Declaration/Execution

## APPENDIX A

## DOCUMENT INVENTORY

The documents submitted are as follows:

1. CRUISE ITINERARY
2. BAR RECEIPTS
3. HANNAH CONLEY STATEMENT
4. JASON LUCARINI STATEMENT
5. SECURITY INCIDENT REPORT
6. SHIP POSITION LOG
7. SURVEILLANCE REPORT
8. NON-PROSECUTION FORM—LUCARINI
9. DOOR LOCK READINGS - STATEROOM 11896
10. DOOR LOCK READINGS- STATEROOM 11898
11. MEDICAL REFUSAL FORM— VESPUCCI
12. SURVEILLANCE CLIPS TO INCLUDE:
    - LONG CLIP
    - MEDICAL CENTER
    - ESCORT TO STATEROOM 12411
    - DVE

Signature of Records Custodian: