

AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.   26-CR-80010-WM

EXHIBIT
NO.   27