**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-80010-MATTHEWMAN**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JASON PETER LUCARINI, | ) |
| | ) |
| Defendant. | ) |

FILED BY_____SW_____D.C.

**Jul 28, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## STIPULATION REGARDING RESTITUTION

The United States of America, by and through the undersigned Assistant United States Attorney, and the defendant, Jason Peter Lucarini, by and through his counsel, Charles L Fountain II, Esq., hereby jointly recommend that this Honorable Court enter an order of restitution for the defendant, Jason Peter Lucarini, in the total amount of **$7,321.82 (USD)**, to pay an amount of restitution to the identified victim in this case.

The parties stipulate that pursuant to the Mandatory Victim Restitution Act, codified in 18 U.S.C. § 3663A, that V.V. is a victim harmed by the defendant's offense conduct in this case and agree that the defendant, Jason Peter Lucarini, is to be held liable for restitution to the victim based on the stipulation of the parties.

The parties agree to the restitution amounts indicated in paragraphs 16 through 21 of the Presentence Investigation Report (PSI), at docket entry 65, for a total restitution amount of **$7,321.82 (USD)**. The Defendant stipulates to the entry of the restitution order in the amount of **$7,321.82**.

Counsel for the defendant has conferred with his client, who authorized counsel to enter into this stipulation. In accordance with the foregoing, the parties jointly request that the Court order a total amount of restitution of **$7,321.82 (USD)**, due and payable immediately.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    /s/ Katie Wilson
       KATIE WILSON
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 1026417
       500 South Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel: (561) 209-1043
       Fax: (561) 805-9846
       Katie.Wilson2@usdoj.gov

By:    _____
       Charles L. Fountain II, Esq
       700 S. Rosemary Ave., Suite 204
       West Palm Beach, FL 33401
       (561) 353-8930
       charles@fountainlegalllc.com
       Fla. Bar No. 0043903